UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FRANCIS MARTINEZ,

    Plaintiff,

CASE NO.: 0:17-cv-60806-MGC

vs.

TOP NOTCH MARINE OF POMPANO, INC.,
d/b/a TOP NOTCH MARINE,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, TOP NOTCH MARINE OF POMPANO, INC., d/b/a TOP NOTCH MARINE ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with prejudice** with each party bearing his/their own attorneys' fees and costs.

                                                    BY: /s/ Jason S. Weiss
                                                          Jason S. Weiss
                                                          Jason@jswlawyer.com
                                                          Florida Bar No. 356890
                                                          **WEISS LAW GROUP, P.A.**
                                                          5531 N. University Drive, Suite 103
                                                          Coral Springs, FL 33067
                                                          Tel: (954) 573-2800
                                                          Fax: (954) 573-2798
                                                          *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                     BY:  /s/ Jason S. Weiss
                                            Jason S. Weiss
                                            Jason@jswlawyer.com
                                            Florida Bar No. 356890