UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60806-Civ-COOKE/GOODMAN

FRANCIS MARTINEZ,

    Plaintiff,

vs.

TOP NOTCH MARINE OF POMPANO,
INC., doing business as Top Notch Marine,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Dismissal with Prejudice (ECF No. 8).

**DONE and ORDERED** in chambers, at Miami, Florida, this 23rd day of May 2017.

*[signature]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*